AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 7:25-mj-15 | Date and time warrant executed: February 4, 2025 @ 1602 hrs | Copy of warrant and inventory left with: On file with USPIS |
| Inventory made in the presence of : Postal Inspectors Buck and McCafferty | | CLERK'S OFFICE U.S. DISTRICT COURT AT ROANOKE, VA FILED |
| Inventory of the property taken and name(s) of any person(s) seized:<br><br>1. Approximately 560 grams of assorted THC products.<br><br>2. United States Postal Service Priority Mail Parcel bearing tracking number "9505 5138 0272 5030 3864 57" and packing material.<br><br>**Received in Chambers By Reliable Electronic Means**<br><br>February 10, 2025 at 11:06am<br><br>Hon. C. Kailani Memmer<br>United States Magistrate Judge | | February 10, 2025<br>LAURA A. AUSTIN, CLERK<br>BY: s/ S. Neily, Deputy Clerk |
| **Certification** | | |
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>Date: 2/10/2025<br><br>                                                                  *Michael J. Barrett*<br>                                                                  *Executing officer's signature*<br><br>                                                                  Michael J. Barrett, United States Postal Inspector<br>                                                                  *Printed name and title* | | |

Print    Save As...    Reset